**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 094532B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **In re:** | : | **CASE NO. 21-14897-MBK** |
|  | : | **CHAPTER 13** |
| Paul R. Thomas, Jr. | : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
| **Debtor** | : | **OF NOTICES, PLEADINGS, ETC.** |
|  | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

Nationstar Mortgage LLC d/b/a Mr. Cooper c/o
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Nationstar Mortgage LLC d/b/a Mr. Cooper

DATED: June 22, 2021