

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Helmer, Conley & Kasselman P.A.
107 Broad Street
Salem, NJ 08079
#856-935-2244  FAX #866-275-4118

Edward R. Wiercinski, Esq. (ERW 4694)

Attorney for Creditor Carla Thomas

In Re:

Paul R. Thomas, Jr.

Order Filed on September 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-14897-MBK

Chapter: 13

Hearing Date: 9/22/21 @ 9:00 AM

Judge: Michael B. Kaplan

Recommended Local Form:    _____ Followed    _____ Modified

AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: September 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon motion of the ex-Wife of the Debtor, Carla Thomas under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

Creditor: ex-Wife of the Debtor, Carla Thomas

Debtors' Counsel: Candyce Ilene Smith-Sklar, Esq.

Relief Sought: Motion for relief from the automatic stay for the limited relief of proceeding in the New Jersey Superior Court Family Division in a Divorce action

For good cause shown, it is ORDERED that the Creditor's Motion is resolved subject to the following conditions:

1. That the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights limited to the Divorce Proceeding as follows:

    QDRO (Qualified Domestic Relations Order) to be filed in a matrimonial action, *Carla Thomas v. Paul Thomas Jr.*, Docket No. FM-11-214-19K in the Superior Court of New Jersey, Mercer County, Chancery Division – Family Part, and/or adjudicating any and all aspects of the Final Judgment of Divorce between the herein Debtor and movant ex-Wife of Debtor Carla Thomas.

The undersigned hereby CONSENTS to the form and entry of the foregoing order.

| | |
|---|---|
| *[signature]* | /s/ Edward R. Wiercinski |
| Candyce Ilene Smith-Sklar, Esq. | Edward R. Wiercinski, Esq. |
| Attorney for Debtor | Attorney for creditor Carla Thomas |
| Date: 9/15/21 | Date: 9-15-21 |