| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Global Lending Services, LLC* | Order Filed on September 24, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Paul R. Thomas, Jr.<br>                                           Debtor. | Chapter: 13<br><br>Case No.: 21-14897-MBK<br><br>Hearing Date: September 22, 2021<br><br>Chief Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 24, 2021**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Debtor: Paul R. Thomas, Jr.
Case No.: 21-14897-MBK
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is **ORDERED:**

1. The Debtor shall Proof of Claim Number 5-1 in the full amount of $20,645.68 at 4.25% interest, over the life of the Plan, for a total payout of **$22,953.64**.

2. This Order resolves the Objection.

**STIPULATED AND AGREED**:


*/s/ Candyce Ilene Smith-Sklar*         */s/Gavin N. Stewart*
Candyce Ilene Smith-Sklar, Esquire       Gavin N. Stewart, Esq.
Law Offices of Sklar Smith-Sklar         Stewart Legal Group, P.L.
1901 North Olden Avenue                  401 East Jackson Street
Ewing Professional Park, Suite 22        Suite 2340
Ewing, NJ 08618                          Tampa, FL 33602
*Counsel to Debtor*                      *Counsel to Creditor*