UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Helmer, Conley & Kasselman P.A.
107 Broad Street
Salem, NJ 08079
#856-935-2244  FAX #866-275-4118

Edward R. Wiercinski, Esq. (ERW 4694)

Attorney for Creditor Carla Thomas

In Re:

Paul R. Thomas, Jr.

Order Filed on September 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-14897-MBK

Chapter: 13

Hearing Date: 9/22/21 @ 9:00 AM

Judge: Michael B. Kaplan

Recommended Local Form:    _____ Followed    _____ Modified

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby ORDERED.

**DATED: September 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon motion of the ex-Wife of the Debtor, Carla Thomas under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

Creditor: ex-Wife of the Debtor, Carla Thomas

Debtors' Counsel: Candyce Ilene Smith-Sklar, Esq.

Relief Sought: Motion for relief from the automatic stay for the limited relief of proceeding in the New Jersey Superior Court Family Division in a Divorce action

For good cause shown, it is ORDERED that the Creditor's Motion is resolved subject to the following conditions:

1. That the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights limited to the Divorce Proceeding as follows:

    QDRO (Qualified Domestic Relations Order) to be filed in a matrimonial action, *Carla Thomas v. Paul Thomas Jr.*, Docket No. FM-11-214-19K in the Superior Court of New Jersey, Mercer County, Chancery Division – Family Part, and/or adjudicating any and all aspects of the Final Judgment of Divorce between the herein Debtor and movant ex-Wife of Debtor Carla Thomas.

The undersigned hereby CONSENTS to the form and entry of the foregoing order.

_____  
Candyce Ilene Smith-Sklar, Esq.  
Attorney for Debtor  

Date: 9/15/21

/s/ Edward R. Wiercinski  
_____  
Edward R. Wiercinski, Esq.  
Attorney for creditor Carla Thomas  

Date: 9-15-21

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-14897-MBK
Paul R. Thomas, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Sep 24, 2021     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Paul R. Thomas, Jr., 11 Greenwood Avenue, Ewing, NJ 08638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Paul R. Thomas Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward R Wiercinski | on behalf of Unknown Role Type Carla Thomas edwiercinski@helmerlegal.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Stuart H. West | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper swest@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9