UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Global Lending Services, LLC*

In re:

Paul R. Thomas, Jr.

Debtor.

Order Filed on September 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 21-14897-MBK

Hearing Date: September 22, 2021

Chief Judge Michael B. Kaplan

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:             Paul R. Thomas, Jr.
Case No.:           21-14897-MBK
Caption of Order:   **CONSENT ORDER RESOLVING OBJECTION TO
                    CONFIRMATION**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of

Plan ("Objection") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor

and Creditor seek to resolve the Objection, it is **ORDERED:**

1.      The Debtor shall Proof of Claim Number 5-1 in the full amount of $20,645.68 at

4.25% interest, over the life of the Plan, for a total payout of **$22,953.64**.

2.      This Order resolves the Objection.

**STIPULATED AND AGREED**:


*/s/ Candyce Ilene Smith-Sklar*          */s/Gavin N. Stewart*
Candyce Ilene Smith-Sklar, Esquire       Gavin N. Stewart, Esq.
Law Offices of Sklar Smith-Sklar         Stewart Legal Group, P.L.
1901 North Olden Avenue                  401 East Jackson Street
Ewing Professional Park, Suite 22        Suite 2340
Ewing, NJ 08618                          Tampa, FL 33602
*Counsel to Debtor*                      *Counsel to Creditor*

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 21-14897-MBK

Paul R. Thomas, Jr.                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                         Page 1 of 2
Date Rcvd: Sep 24, 2021                 Form ID: pdf903                      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Paul R. Thomas, Jr., 11 Greenwood Avenue, Ewing, NJ 08638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Paul R. Thomas  Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward R Wiercinski | on behalf of Unknown Role Type Carla Thomas edwiercinski@helmerlegal.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Stuart H. West | |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper swest@pbslaw.org

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9