| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT : <br> DISTRICT OF NEW JERSEY : <br> : <br> LAW OFFICES OF SKLAR SMITH-SKLAR : <br> 1901 N. Olden Avenue, Suite 22 : <br> Ewing, NJ 08618 : <br> (609) 882-9800 Fax: (609) 538-1399 : <br> CANDYCE I. SMITH-SKLAR : <br> : <br> _____ : <br> In Re: : <br> : <br> PAUL R. THOMAS, JR., : <br> : <br>     Debtors : <br> _____ : | Order Filed on December 21, 2021 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No.: 21-14897-MBK <br><br> Chief Judge: Michael B Kaplan <br> Chapter: 13 <br><br> Hearing: 12/21/21; 9:00am |

**ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION**

The relief set forth on the following pages, numbered (2) through (2) is hereby ORDERED

DATED: December 21, 2021

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor:         Paul Thomas
Case No.:       21-14897-MBK
Caption:        Order Allowing Debtor to Engage in Loss Mitigation

This matter being opened to the Court by the Law Office of Sklar Smith-Sklar attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to engage in Loss Mitigation, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is on this___21st____day of December ,2021,

ORDERED AND ADJUDGED as follows, to wit:

1. The Debtor shall be allowed to Engage in Loss Mitigation; and
2. The Debtor shall file Request for Loss Mitigation within 10 days.

United States Bankruptcy Court

District of New Jersey

In re:  
Paul R. Thomas, Jr.  
    Debtor

Case No. 21-14897-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 22, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul R. Thomas, Jr., 11 Greenland Avenue, Ewing, NJ 08638-3625 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
    docs@russotrustee.com

Brian C. Nicholas  
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Candyce Ilene Smith-Sklar  
    on behalf of Debtor Paul R. Thomas Jr. mail@njpalaw.com, r56958@notify.bestcase.com

Denise E. Carlon  
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Edward R Wiercinski  
    on behalf of Unknown Role Type Carla Thomas edwiercinski@helmerlegal.com

Gavin Stewart

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 22, 2021 | Form ID: pdf903 | Total Noticed: 1

    on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com

Robert P. Saltzman
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org

Stuart H. West
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9