| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-14897 / MBK**

Paul R. Thomas, Jr.

Petition Filed Date: 06/15/2021
341 Hearing Date: 07/15/2021
Confirmation Date: 09/22/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/22/2021 | $850.00 | | 08/26/2021 | $850.00 | | 09/27/2021 | $850.00 | |
| 10/25/2021 | $850.00 | | 12/16/2021 | $600.00 | | | | |

**Total Receipts for the Period: $4,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul R. Thomas, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $605.47 | $0.00 | $605.47 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2018; 2020 | Priority Crediors | $12,753.48 | $0.00 | $12,753.48 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2015 | Unsecured Creditors | $7,064.12 | $0.00 | $7,064.12 |
| 4 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,767.19 | $0.00 | $1,767.19 |
| 5 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $17,090.17 | $0.00 | $17,090.17 |
| 6 | CARLA TAYLOR-THOMAS | Support Arrears | $0.00 | $0.00 | $0.00 |
| 7 | GLOBAL LENDING SERVICES, LLC.<br>»»  2019 HONDA ACCORD/CRAM/ORDER 9/24/21 | Debt Secured by Vehicle | $22,953.64 | $258.35 | $22,695.29 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,915.82 | $0.00 | $1,915.82 |
| 9 | NATIONSTAR MORTGAGE d/b/a MR. COOPER<br>»»  NP/81 RHODES AVE/1ST MTG/ORDER 8/24/21 | Mortgage Arrears | $97,553.44 | $1,098.00 | $96,455.44 |
| 10 | DIRECTV, LLC | Unsecured Creditors | $561.74 | $0.00 | $561.74 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $400.66 | $0.00 | $400.66 |
| 12 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,851.36 | $0.00 | $1,851.36 |

**Chapter 13 Case No. 21-14897 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Plan Balance: | $92,968.00 ** |
| Paid to Claims: | $3,656.35 | Current Monthly Payment: | $1,717.00 |
| Paid to Trustee: | $343.65 | Arrearages: | $3,684.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $96,968.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.