ATTORNEY AT LAW

**PETER J. LISKA, LLC**

Peter J. Liska  Member of NJ, NY & Washington, DC BAR
Elizabeth A. Hopkins • Allison J. Kiffin

TEL 732•933•7777   FAX 732•224•8914   COLLECTIONS@PETERLISKA.COM
766 Shrewsbury Avenue • Tinton Falls • New Jersey 07724

March 31, 2022

<u>Via CM/ECF</u>
Albert Russo, Trustee
CN 4853
Trenton, N.J.  08650

   ***In Re:  Debtor:  Paul R. Thomas***
     ***Case No. 21-14897***
     ***Our File No.  19975-2397***

Dear Trustee:

  Please be advised that the Law Offices of Peter J. Liska, LLC will be closing our Litigation Department with a tentative closing date of March 31, 2022.  Thereafter, we will not be accepting Trustee payments on behalf of our clients.

  <u>**Effective immediately**, please send all Trustee payments and bankruptcy notices directly to the Credit Union at the new address provided below</u>.

| | |
|---|---|
| Party's Name/Type: | Credit Union of New Jersey, Creditor |
| Old Address: | c/o Peter J. Liska, LLC<br>766 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 |
| New Address: | Attn. Risk Mitigation Department<br>PO Box 7921<br>Ewing, NJ 08628-3010 |

  All inquiries regarding this case should be directed to the Credit Union.  You may reach them by phone: (609) 538-4061, ext. 2077; and/or by email: riskmitigation@cunj.org.

           Thank you,

           */s/ Allison J. Kiffin, Esq.*

           Allison J. Kiffin, Esq. for
           Peter J. Liska, LLC

AJK/kg