# *Law Offices of Sklar Smith-Sklar*

1901 N. Olden Ave. • Suite 22 • Ewing, NJ 08618 • (609) 882-9800 Fax: (609) 538-1399

In Pennsylvania • (267) 575-4953

Candyce I. Smith-Sklar, Esq., Ph.D.                                                                Admitted to PA & NJ Bars
Keith D. Sklar, Esq.                                                                                        Admitted to PA & NJ Bars

May 6, 2022

Honorable Michael B. Kaplan, Chief, Judge U.S.B.J
United States Bankruptcy Court
402 East State Street, Room #8
Trenton, NJ 08608

**RE:   Withdrawal of the Modified Chapter 13 Plan, (doc#54)**
**         Paul R. Thomas, Jr.,, Debtor(s)**
**         Bankruptcy No. 21-14897-MBK**

To the Hon. Judge Kaplan, Chief Judge:

Please be aware that our Modified Chapter 13 Plan under Doc#54 is hereby **WITHDRAWN** and replaced by Doc#60.

Please notify me if you need any additional information to grant my request.

Respectfully,


By: /s/Candyce I. Smith Sklar                                                                Date: 05/06/2022
     Candyce I. Smith Sklar