Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14897−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul R. Thomas Jr.
   11 Greenland Avenue
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−8825

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/3/2022 and a confirmation hearing on such Plan has been scheduled for 5/11/2022 at 10:00 AM.

The debtor filed a Modified Plan on 5/5/2022 and a confirmation hearing on the Modified Plan is scheduled for 6/22/2022 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 6, 2022
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-14897-MBK
Paul R. Thomas, Jr.                                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                  Page 1 of 3
Date Rcvd: May 06, 2022                     Form ID: 186                                 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul R. Thomas, Jr., 11 Greenland Avenue, Ewing, NJ 08638-3625 |
| aty | + | Edward R Wiercinski, 111 White Horse Pike, 111 White Horse Pike, Haddon Heights, NJ 08035-1909 |
| cr | + | Global Lending Services, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519237006 | + | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 519237015 | + | Federal National Mortgage Assoc, c/o Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519237018 | + | Great Plains Lending, Attn: Bankruptcy, 1050 East 2nd Street, Box 500, Edmond, OK 73034-5313 |
| 519237019 | + | Higher Education Student Assistance Ath, Hesaa Servicing/ Attn Bankruptcy, PO Box 548, Trenton, NJ 08625-0548 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 20:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 519237004 | | Email/Text: bnc-applied@quantum3group.com | May 06 2022 20:39:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 519237003 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 06 2022 20:38:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519237005 | + | Email/Text: rperez@arcadiarecovery.com | May 06 2022 20:38:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 519237006 | ^ | MEBN | May 06 2022 20:34:24 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 519248973 | | Email/Text: bankruptcy@cunj.org | May 06 2022 20:38:00 | Credit Union of New Jersey, Attn. Risk Mitigation Department, PO Box 7921, Ewing, NJ 08628-3010 |
| 519237007 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2022 20:42:15 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519237008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2022 20:41:59 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519237009 | + | Email/PDF: creditonebknotifications@resurgent.com | May 06 2022 20:42:10 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519237010 | + | Email/Text: bankruptcy@cunj.org | May 06 2022 20:38:00 | Credit Union Of N J, 1035 Parkway Av, Trenton, NJ 08618-2309 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519237011 | + | Email/Text: bankruptcy@cunj.org | May 06 2022 20:38:00 | Credit Union Of N J, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628-0921 |
| 519277339 | + | Email/PDF: ebn_ais@aisinfo.com | May 06 2022 20:42:01 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519237012 | + | Email/Text: mrdiscen@discover.com | May 06 2022 20:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519237014 | + | Email/Text: bknotice@ercbpo.com | May 06 2022 20:38:00 | ERC/Enhanced Recovery Corp., Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519237013 | + | Email/Text: bknotice@ercbpo.com | May 06 2022 20:38:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519237016 | + | Email/Text: FSBank@franklinservice.com | May 06 2022 20:38:00 | Franklin Collection Service, Inc., 2978 West Jackson Street, Po Box 3910, Tupelo, MS 38803-3910 |
| 519265296 | | Email/Text: bankruptcy@glsllc.com | May 06 2022 20:37:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 519237017 | | Email/Text: bankruptcy@glsllc.com | May 06 2022 20:37:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 519237020 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2022 20:38:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 519240664 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2022 20:42:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519237021 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 20:38:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 519266014 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 20:38:00 | Nationstar Mortgage LLC d//b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 519237022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2022 20:42:08 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519265491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2022 20:42:18 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 519237023 | + | Email/Text: enotifications@santanderconsumerusa.com | May 06 2022 20:38:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519237999 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519237024 | + | Email/PDF: gecsedi@recoverycorp.com | May 06 2022 20:42:06 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519284664 | + | Email/PDF: ebn_ais@aisinfo.com | May 06 2022 20:42:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519237025 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 06 2022 20:37:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT UNION OF NEW JERSEY, 1301 PARKWAY AVE, EWING NJ 08628-3010, address filed with court:, Credit Union of New Jersey, Attn. Risk Mitigation Department, PO Box 7921, Ewing, NJ 08628-3010 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 06, 2022 | Form ID: 186 | Total Noticed: 37

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Credit Union of New Jersey collections@peterliska.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Paul R. Thomas Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward R Wiercinski | on behalf of Unknown Role Type Carla Thomas edwiercinski@helmerlegal.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12