| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-14897 / MBK**

Paul R. Thomas, Jr.

Petition Filed Date: 06/15/2021
341 Hearing Date: 07/15/2021
Confirmation Date: 09/22/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/2022 | $1,000.00 | | 03/24/2022 | $2,000.00 | | 05/23/2022 | $850.00 | |
| 06/27/2022 | $1,500.00 | | 08/12/2022 | $750.00 | | 09/22/2022 | $750.00 | |
| 09/26/2022 | $750.00 | | 01/12/2023 | $750.00 | | 01/19/2023 | $750.00 | |

**Total Receipts for the Period:  $9,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Paul R. Thomas, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $605.47 | $0.00 | $605.47 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2018; 2020 | Priority Crediors | $12,753.48 | $0.00 | $12,753.48 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2013, 2015 | Unsecured Creditors | $7,115.55 | $0.00 | $7,115.55 |
| 4 | Credit Union Of N J | Unsecured Creditors | $1,767.19 | $0.00 | $1,767.19 |
| 5 | Credit Union Of N J | Unsecured Creditors | $17,090.17 | $0.00 | $17,090.17 |
| 6 | CARLA TAYLOR-THOMAS | Support Arrears | $0.00 | $0.00 | $0.00 |
| 7 | GLOBAL LENDING SERVICES, LLC.<br>»» 2019 HONDA ACCORD/ORDER 9/24/21 | Debt Secured by Vehicle | $22,953.64 | $9,687.16 | $13,266.48 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $1,915.82 | $0.00 | $1,915.82 |
| 9 | DLJ MORTGAGE CAPITAL INC<br>»» NP/81 RHODES AVE/1ST MTG/LOAN MOD ORDER 3/18/22/DLJ | Mortgage Arrears<br>No Disbursements: Paid outside | $22.79 | $22.79 | $0.00 |
| 10 | DIRECTV, LLC | Unsecured Creditors | $561.74 | $0.00 | $561.74 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $400.66 | $0.00 | $400.66 |
| 12 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,851.36 | $0.00 | $1,851.36 |

**Chapter 13 Case No. 21-14897 / MBK**

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $13,100.00 | Plan Balance: | $29,022.00 ** |
| Paid to Claims: | $12,009.95 | Current Monthly Payment: | $714.00 |
| Paid to Trustee: | $1,090.05 | Arrearages: | $1,176.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $42,122.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.