UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

PO Box 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Paul R. Thomas, Jr.

Debtor(s)

**Order Filed on May 25, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 21-14897 / MBK

Hearing Date: 05/24/2023

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $14,100.00 paid to date

- Debtor(s) shall remit $758.00 per month to the Trustee for 37 months beginning 06/01/2023

- The debtor is to sign up for automatic TFS deductions within 7 days.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 21-14897-MBK

Paul R. Thomas, Jr.                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

**Recip ID                Recipient Name and Address**
db                      + Paul R. Thomas, Jr., 11 Greenland Avenue, Ewing, NJ 08638-3625

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

**Name                        Email Address**

Albert Russo
                            docs@russotrustee.com

Albert Russo
                            on behalf of Trustee Albert Russo docs@russotrustee.com

Brian C. Nicholas
                            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Candyce Ilene Smith-Sklar
                            on behalf of Debtor Paul R. Thomas  Jr. njpalaw@gmail.com, r56958@notify.bestcase.com

Denise E. Carlon
                            on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
                            on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3

Date Rcvd: May 25, 2023

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

Edward R Wiercinski

on behalf of Unknown Role Type Carla Thomas erw@partnerinthelaw.com

Gavin Stewart

on behalf of Creditor Global Lending Services  LLC bk@stewartlegalgroup.com

Michael R. DuPont

on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com

Robert P. Saltzman

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org

Stuart H. West

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper swest@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12