Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−14897−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul R. Thomas Jr.
   11 Greenland Avenue
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−8825

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/26/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 26, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 21-14897-MBK
Paul R. Thomas, Jr.                                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                             User: admin                                Page 1 of 3
Date Rcvd: Sep 26, 2023                          Form ID: 148                               Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul R. Thomas, Jr., 11 Greenland Avenue, Ewing, NJ 08638-3625 |
| aty | + | Edward R Wiercinski, 111 White Horse Pike, 111 White Horse Pike, Haddon Heights, NJ 08035-1909 |
| cr | + | Global Lending Services, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519237019 | + | Higher Education Student Assistance Ath, Hesaa Servicing/ Attn Bankruptcy, PO Box 548, Trenton, NJ 08625-0548 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 26 2023 22:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 26 2023 22:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2023 22:13:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 519237004 | | EDI: APPLIEDBANK.COM | Sep 27 2023 01:28:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 519237003 | + | EDI: PHINAMERI.COM | Sep 27 2023 01:28:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519237005 | + | Email/Text: rperez@arcadiarecovery.com | Sep 26 2023 22:13:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 519237006 | ^ | MEBN | Sep 26 2023 22:09:03 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 519248973 | | Email/Text: bankruptcy@cunj.org | Sep 26 2023 22:13:00 | Credit Union of New Jersey, Attn. Risk Mitigation Department, PO Box 7921, Ewing, NJ 08628-3010 |
| 519237007 | + | EDI: CAPITALONE.COM | Sep 27 2023 01:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519237008 | + | EDI: CAPITALONE.COM | Sep 27 2023 01:28:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519237009 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2023 22:18:16 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519237010 | + | Email/Text: bankruptcy@cunj.org | Sep 26 2023 22:13:00 | Credit Union Of N J, 1035 Parkway Av, Trenton, NJ 08618-2309 |
| 519237011 | + | Email/Text: bankruptcy@cunj.org | Sep 26 2023 22:13:00 | Credit Union Of N J, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628-0921 |
| 519772852 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 26 2023 22:14:00 | DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519772853 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Sep 26 2023 22:14:00 | DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-02501, DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing Inc. 84165-0250 |
| 519277339 | + | EDI: AIS.COM | | |
| | | | Sep 27 2023 01:28:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519237012 | + | EDI: DISCOVER.COM | | |
| | | | Sep 27 2023 01:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519237014 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Sep 26 2023 22:13:00 | ERC/Enhanced Recovery Corp., Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519237013 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Sep 26 2023 22:13:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519237015 | + | Email/Text: dnj@pbslaw.org | | |
| | | | Sep 26 2023 22:13:00 | Federal National Mortgage Assoc, c/o Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519237016 | + | Email/Text: FSBank@franklinservice.com | | |
| | | | Sep 26 2023 22:13:00 | Franklin Collection Service, Inc., 2978 West Jackson Street, Po Box 3910, Tupelo, MS 38803-3910 |
| 519265296 | | Email/Text: bankruptcy@glsllc.com | | |
| | | | Sep 26 2023 22:12:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 519237017 | | Email/Text: bankruptcy@glsllc.com | | |
| | | | Sep 26 2023 22:12:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 519237018 | ^ | MEBN | | |
| | | | Sep 26 2023 22:09:35 | Great Plains Lending, Attn: Bankruptcy, 1050 East 2nd Street, Box 500, Edmond, OK 73034-5313 |
| 519237020 | | EDI: IRS.COM | | |
| | | | Sep 27 2023 01:28:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 519240664 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 26 2023 22:18:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519237021 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Sep 26 2023 22:13:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 519266014 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Sep 26 2023 22:13:00 | Nationstar Mortgage LLC d//b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 519237022 | | EDI: PRA.COM | | |
| | | | Sep 27 2023 01:28:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519265491 | | EDI: PRA.COM | | |
| | | | Sep 27 2023 01:28:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 519237023 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 26 2023 22:13:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519237999 | + | EDI: RMSC.COM | | |
| | | | Sep 27 2023 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519237024 | + | EDI: RMSC.COM | | |
| | | | Sep 27 2023 01:28:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519284664 | + | EDI: AIS.COM | | |
| | | | Sep 27 2023 01:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519237025 | + | EDI: VERIZONCOMB.COM | | |
| | | | Sep 27 2023 01:22:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

Case 21-14897-MBK    Doc 88    Filed 09/28/23    Entered 09/29/23 00:15:22    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 26, 2023 | Form ID: 148 | Total Noticed: 39 |
| TOTAL: 35 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | CREDIT UNION OF NEW JERSEY, 1301 PARKWAY AVE, EWING NJ 08628-3010, address filed with court:, Credit Union of New Jersey, Attn. Risk Mitigation Department, PO Box 7921, Ewing, NJ 08628-3010 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Paul R. Thomas Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward R Wiercinski | on behalf of Unknown Role Type Carla Thomas erw@partnerinthelaw.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com lori@redbanklaw.com |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12